IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**KEVIN BYES**                                                                                                  **PLAINTIFF**

V.                              **CASE NO. 3:10CV00314 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                          **DEFENDANT**

## JUDGMENT

Plaintiff Kevin Byes's appeal is denied and judgment is entered in favor of

Michael J. Astrue, Commissioner, Social Security Administration.

DATED this 1st day of November, 2011.

_____
UNITED STATES MAGISTRATE JUDGE